## Deigan v. Deigan, Appellant.

Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Paul A. Simmons*, with him *Tempest and Simmons*, for appellant.

*Armin H. Friedman*, for appellee.

OPINION PER CURIAM, February 3, 1967:
The petition for allocatur is granted, the order of the Superior Court quashing the appeal to that Court is vacated and the record is remanded to the Superior Court for a determination of the appeal on its merits.